JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALLACE, AN INDIVIDUAL; KRIS WALLACE, AN INDIVIDUAL; CONCRETE PAVING CONTRACTORS, INC., A CALIFORNIA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF TRANSPORTATION; FEDERAL AVIATION ADMINISTRATION; ROBINSON HELICOPTER COMPANY, INC.; A CALIFORNIA CORPORATION; FRANK ROBINSON, AN INDIVIDUAL; JOAN MORTON, ALSO KNOWN AS INGRID J. MORTON, AN INDIVIDUAL; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 07-1529-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered on Plaintiffs' Complaint in favor of Defendant United States of America

```
 1  and against Plaintiffs, and the action is DISMISSED WITH
 2  PREJUDICE as to that Defendant.  IT IS FURTHER ORDERED
 3  AND ADJUDGED that as to the remaining Defendants, the
 4  action is dismissed without prejudice to its refiling in
 5  state court.  The Court orders that such judgment be
 6  entered.
 7
 8                                  /s/ Virginia A. Phillips
 9  Dated:  May 6, 2008         _____
10                                    VIRGINIA A. PHILLIPS
                                    United States District Judge
```

2